IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| ALLEN WOLFSON,<br><br>　　　Plaintiff,<br><br>vs.<br><br>RON NUTT and SCHERYL NUTT,<br><br>　　　Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:05-CV-874<br><br>Judge Dee Benson |

　　　Before the Court is the Report and Recommendation issued by United States Magistrate Judge Paul M. Warner on June 6, 2008, recommending that this case be transferred. The parties were notified by mail of their right to file objections to the Report and Recommendation within ten (10) days after receiving it. Neither party has filed such an objection.

　　　Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and transfers this case to the United States District Court for the District of Kansas.

　　　**IT IS SO ORDERED**

　　　DATED this 1st day of August, 2008.

_____

Dee Benson
United States District Judge